INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| **Clay Pflug** | Case No. 3:23-cv-00073-RLY-MJD |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | **FILED** |
| **Gibson County Commissioners** | **05/01/2023** |
| *Defendant(s)* | U.S. DISTRICT COURT |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | SOUTHERN DISTRICT OF INDIANA |
| | Roger A.G. Sharpe, Clerk |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment of the Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was placed in the restraint chair because I would not offer a DNA sample as a pre trial detainee and was told I would be in the chair could not bond out, speak to my lawyer or see a judge until I submitted to a DNA sample. I was very cooperative and even got in the chair myself when requested. Afterwards I was denied access to a copy of the video of this when I pursued a settlement. The County Attorney also represented me in a previous court case and was the attorney I was speaking to in regards for a settlement as he was the attorney on the opposite side. A clear conflict of interest.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

_____
_____
_____
_____
_____
_____
_____
_____
_____

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Clay Wyatt Pflug |
| Address | 441 N Lincoln Ave |
| | Oakland City / Indiana / 47660 |
| | *City / State / Zip Co* |
| County | Gibson |
| Telephone Number | (812)664-9411 |
| E-Mail Address | Pflugclay@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gibson County Commisioners |
| Job or Title *(if known)* | |
| Address | 225 N Hart St #105 |
| | Princeton / Indiana / 47670 |
| | *City / State / Zip Code* |
| County | Gibson |
| Telephone Number | 812-385-8260 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☐ Official capacity

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** Where did the events giving rise to your claim(s) occur?

Gibson County Jail Indiana

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

06/08/2021 at approximately 11pm

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On June 8, 2021 I was arrested for felony DUI and possession of meth which were later dismissed. I was taken to the Gibson county jail where I was very cooperative and compliant. I was told to submit to a DNA test which I refused. I was told I had to get in the restraint chair until I submitted. I got in the restraint chair willingly upon request. I was 4 point restrained. I was never hostile a danger to anyone. I was mocked by jail staff and placed in a room alone where I repeatedly stated I wanted to speak to the Sheriff, Commissioners, my attorney and the County Attorney. Before being placed in the restraint chair I was told by staff that I could not go to court, speak to an attorney or even get out of the chair until I submitted to a DNA test. I was in the chair for 4 hours before I submitted And I was allowed out of the chair. After my charges were dismissed I had many discussions with the County Attorney about a settlement. The same man who represented me in 2014. Even getting a possible settlement on the County commissioners meeting agenda. I was denied. I requested under Indiana law that the county keep the jail video for two years. I have requested this video for evidence and have been repeatedly denied the video. The two years is up June 8 and the video can legally be discarded and that is why I am filing.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

Defendant No. 2
    Name _____
    Job or Title *(if known)* _____
    Address _____
    *City*    *State*    *Zip code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Address _____
    *City*    *State*    *Zip Code*
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$100,000 for constitutional rights being violated specifically the 8th amendment

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/01/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Clay Pflug

Print   Save As...   Add Attachment   Reset   Page 6 of 6