UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CLAY WYATT PFLUG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:23-cv-00073-RLY-MJD |
| | ) |
| GIBSON COUNTY COMMISSIONERS, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

Today, the court dismissed Plaintiff's case for failing to state a claim for which relief can be granted. In doing so, the court resolved all the claims present in the case. For that reason, the court now enters final judgment for the Defendant and against the Plaintiff.

**IT IS SO ORDERED** this 16th day of August 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Doyle___
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

Mail to:

Clay Wyatt Pflug
11050 E. 350 Street
Oakland City, IN 47660